THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILLIAM F. BOYLE, Appellant, *v.* FRANCIS V. GREENE, as Police Commissioner of the City of New York, Respondent.

*People ex rel. Boyle* v. *Greene,* 87 App. Div. 421, affirmed.
(Argued November 16, 1904; decided December 6, 1904.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered November 19, 1903, which reversed an order of Special Term granting a motion for a peremptory writ of mandamus to compel the defendant to grade the relator as detective-sergeant in the police force of the city of New York and denied such motion.

*Hyacinthe Ringrose* for appellant.

*John J. Delany, Corporation Counsel* (*Theodore Connoly* and *Terence Farley* of counsel), for respondent.

Order affirmed, with costs ; no opinion.

Concur : CULLEN, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, VANN and WERNER, JJ.